# CHARLESTON.

## STATE *v.* PARSONS.

### Decided November 17, 1900.

CONTEMPT—*Punishable, When.*
    The presentation of a respectful,. but illegal, petition to a cir-
    cuit court in a respectful manner by an attorney at law, though
    improper, does not amount to a punishable contempt. *State*
    v. *Hansford,* 28 S. E. 791, (43 W. Va. 773). (p. 275).

Error to .Circuit Court, Tucker County.

A. B. Parsons was found guilty of contempt, and brings error.

*Reversed.*

J. P. SCOTT and A. B. PARSONS, for plaintiff in error.

EDGAR P. RUCKER, ATTORNEY GENERAL, and L. C. ANDERSON,
for defendant in eror.

DENT, JUDGE:

This case is a sequel to the case of the *State* v. *Hansford,* 43
W. Va. 773. The facts are fully set forth in that case, except
the additional fact that the petition which was prepared by
Hansford and signed by numerous citizens of Tucker County
asking for a new trial in the case of the county court against
Earl Degler, was handed by the defendant, A. B. Parsons, a
practicing attorney, to the circuit judge at his room in vacation.
The following morning the judge called the matter up and
fined the defendant twenty-five dollars for supposed contempt
in presenting him such .petition. While the petition· was im-
proper and could have no bearing on the motion for a new trial,
yet it could not be possibly construed into a contempt of the
court. It was respectful on its face, and simply evinces an over-
zealous interest on the part of citizens who believed that 'Degler
had been unjustly found guilty of bastardy and a desire to see
·that justice might prevail. It was a mistake of law on their
part, yet it shows. no lack of confidence in the judge, but merely
appeals to his sense of justice. Of course he was bound to dis-
regard it. This he could do in the same kindly spirit in which

it was presented, although his legal sense of honor might be wounded.

For the reasons given in the case of the *State* v. *Hansford* above refered to, the judgment must be reversed and the proceeding for contempt dismissed.

*Reversed.*